UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00118-MOC

| | | |
|---|---|---|
| **GARLOCK SEALING TECHNOLOGIES LLC,** et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| **JORDAN FOX, et al.,** | ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on Sara W. Higgins' Motions for Admission Pro Hac Vice of James Sotille (#8), Caroline E. Reynolds (#9), and Benjamin J. Voce-Gardner (#10). Having considered Sara W. Higgins' motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Sara W. Higgins' Motions for Admission Pro Hac Vice of James Sotille (#8), Caroline E. Reynolds (#9), and Benjamin J. Voce-Gardner (#10) are **GRANTED**, and such attorneys are admitted to practice before the Bar of this court pro hac vice Sara W. Higgins in this particular case.

Signed: April 7, 2014

Max O. Cogburn Jr.
United States District Judge