# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Garlock Sealing Technologies LLC, et al.,

v.

Belluck & Fox, LLP, et al.,

Case No. 3:14-cv-118-MOC-DSC

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Charles B. Walther] (document # 38) filed September 17, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

David S. Cayer
United States Magistrate Judge