# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BELLUCK & FOX, LLP, <br> JOSEPH W. BELLUCK and JORDAN FOX, <br><br> Defendants. | § § § § § § § § § § § § § § § Case No. 3:14-CV-00118-GCM-DSC |

## ORDER

**THIS MATTER** is before the Court <u>sua sponte</u>. The Court has <u>granted</u> the "Motion to Unseal Court Filings" (document #28) but further <u>ordered</u> the "seal to remain in effect until parties have the opportunity to redact personal identifying information such as Social Security numbers and Dates of Birth." <u>See</u> "Order" (document #42) and "Oral Order," both entered October 23, 2014.

**IT IS HEREBY ORDERED** that:

1. The parties shall review all documents filed in this matter.

2. On or before January 15, 2015, the parties shall redact all personal data identifiers from those documents as required by Section II, Subpart I (entitled Privacy) of the Court's <u>Administrative Procedures Governing Filing and Service by Electronic Means</u> (revised January 1, 2012).

3. Any documents filed on or after the date of this Order shall likewise comply with Section II. Subpart I.

4. The parties shall report to the Court when the redactions are complete.

5. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED**.

Signed: November 13, 2014

David S. Cayer
United States Magistrate Judge