IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:14-CV-00118-MOC-DSC |
| BELLUCK & FOX, LLP, JOSEPH W. BELLUCK and JORDAN FOX, | § § § § § | |
| Defendants. | § § | |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion for Order Concerning Redacted Documents" (document #63). For the reasons stated therein, the Motions are <u>granted</u>. Plaintiffs shall promptly submit the specified redacted documents and the Clerk shall remove the un-redacted versions of those documents from the docket.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED**.

Signed: January 20, 2015

David S. Cayer
United States Magistrate Judge