## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| GARLOCK SEALING TECHNOLOGIES, LLC; GARRISON LITIGATION MANAGEMENT GROUP, LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 3:14-cv-118 |
| | ) | |
| BELLUCK & FOX, LLP; JOSEPH W. BELLUCK; JORDAN FOX, | ) ) ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Within thirty days of the date of this order, the parties are directed to confer and propose an updated discovery schedule and plan.

**SO ORDERED.**

Signed: September 4, 2015

Graham C. Mullen
United States District Judge