UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| Garlock Sealing Technologies LLC and Garrison Litigation Management Group, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Belluck & Fox, LLP, Joseph W. Belluck and Jordan Fox, <br><br> Defendants. | Case No. 3:14-cv-00118-GCM-DSC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Garlock Sealing Technologies LLC and Garrison Litigation Management Group, Ltd. and Defendants Belluck & Fox, LLP, Joseph W. Belluck and Jordan Fox hereby stipulate to the dismissal with prejudice of the claims asserted in the above-captioned action, subject to the agreement of the parties dated July 28, 2017 and the occurrence of the Effective Date of the confirmed Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, *et al.* and OldCo, LLC, Proposed Successor By Merger to Coltec Industries, Inc. The parties shall each bear their own costs, fees, and expenses with respect to the claims asserted in this action.

Dated: July 28, 2017

                          ROBINSON BRADSHAW & HINSON, P.A.

                          /s/ D. Blaine Sanders
                          D. Blaine Sanders
                          N.C. Bar No. 12541
                          101 North Tryon Street, Suite 1900
                          Charlotte, North Carolina 28246
                          Telephone: (704) 377-2536
                          Facsimile: (704) 378-4000
                          bsanders@rbh.com

                          *Attorneys for Plaintiffs*


                          /s/ Sara W. Higgins (*with permission*)
                          Sara W. Higgins (N.C. Bar Number 22111)
                          HIGGINS & OWENS, PLLC
                          524 East Blvd
                          Charlotte, NC 28203
                          Tel: (704) 295-4535
                          Fax: (704) 749-9451

                          Caroline E. Reynolds *(Pro Hac Vice)*
                          ZUCKERMAN SPAEDER LLP
                          1800 M Street N.W., Suite 1000
                          Washington, DC 20036
                          Tel: (202) 778-1800
                          Fax: (202) 822-8106

                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that a copy of the foregoing has been served on all counsel of record in this action by electronic service through the CM/ECF system.

  This 28th day of July, 2017.

                /s/ D. Blaine Sanders
                D. Blaine Sanders